■ In the Matter of JONATHAN R. STEINBERG, Petitioner, v SHIRLEY WERNER KORNREICH et al., Respondents. [881 NYS2d 360]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Gonzalez, P.J., Friedman, Moskowitz, Renwick and Freedman, JJ.

■ In the Matter of ROBERT M. MORGENTHAU, Petitioner, v PAUL G. FEINMAN et al., Respondents. [880 NYS2d 861]—The above-named petitioner having presented a petition to this Court on June 9, 2009, against the above named respondents, pursuant to article 78 of the Civil Practice Law and Rules, in the nature of a writ of prohibition, now, upon reading and filing the aforesaid petition, including the affirmation of Sean Sullivan, Esq. dated June 1, 2009, it is unanimously ordered that the petition be and the same hereby is deemed withdrawn without costs or disbursements. Concur—Gonzalez, P.J., Friedman, Moskowitz, Renwick and Freedman, JJ.